IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

BEANIE MOSS,                          *
                                      *
        Plaintiff,                    *
                                      *
            v.                        *        CV 124-074
                                      *
PROGRESSIVE INSURANCE,                *
                                      *
        Defendant.                    *

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

OCT 18 2024

FILED

## O R D E R

Plaintiff has failed to respond to Defendant's motion to dismiss (Doc. 8), and the Court is reluctant to rule on the motion without first hearing from Plaintiff. Under Local Rule 7.5, failure to respond to a motion generally indicates that the motion is unopposed. Nevertheless, the Court recognizes Plaintiff is acting *pro se*, and Defendant's motion is dispositive in nature. Therefore, the Court **ORDERS** Plaintiff to file a response to the motion to dismiss by **5:00 PM** on **NOVEMBER 1, 2024**. Thereafter, the Court will rule on the motion, and if Plaintiff still fails to respond, the Court will deem the motion unopposed. See L.R. 7.5, SDGa.

**ORDER ENTERED** at Augusta, Georgia, this _18th_ day of October, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA